UNITED STATES of America, Plaintiff–Appellee

v.

John ARREDONDO, Defendant–Appellant.

No. 07–11196
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 30, 2009.

Kim L. McCabe, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

James Patrick Whalen, Plano, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent John Arredondo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Arredondo has filed a response. Our independent review of the record, counsel's brief, and Arredondo's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.